IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES REAUX, JONI ORAZIO,<br>  and GAVIN POLONE<br><br>  Plaintiffs,<br><br>  v.<br><br>FRANCIS COLLINS in his capacity<br>  of Director of National Institutes of Health,<br>NATIONAL INSTITUTES OF HEALTH,<br>KATHLEEN SEBELIUS, in her capacity<br>  of Secretary, Department of Health and<br>  Human Services, and<br>U.S. DEPARTMENT OF HEALTH AND<br>HUMAN SERVICES<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>) Civ. No. 12-1913 (ABJ)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

STIPULATION FOR VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the plaintiffs, through undersigned counsel, hereby voluntarily dismiss the above captioned case, with each party to bear its own costs.   As required by the rule, counsel for the plaintiffs and defendants have both signed this stipulation.

Throughout the pendency of this suit, the parties have cooperated in reaching a resolution of the issues surrounding the placement of chimpanzees owned by the National Institutes of Health (NIH).  In creating an appropriate placement for the chimpanzees, valuable contributions have been made by the plaintiffs, other advocacy groups, Chimp Haven, Inc. (the entity that operates the federal sanctuary for chimpanzees), the NIH Council of Councils (CoC) and its working group, and NIH employees and management.   In addition, and in keeping with the NIH's intention to properly care for the animals described by the NIH Director as our closest

relatives in the animal kingdom, the parties agree that the steps being taken by the NIH to procure construction, relocation, maintenance and other funds for the benefit of the chimpanzees that are the subject of this lawsuit are positive steps towards satisfactorily resolving the plaintiffs' concerns for the animals and their welfare. Therefore, the parties agree that this case is voluntarily dismissed.

      This Stipulation may not be used as evidence in any future proceedings between the parties.

Respectfully submitted,

| COUNSEL FOR PLAINTIFFS | COUNSEL FOR DEFENDANTS |
|---|---|
| /s/ Eric M. George<br>Eric M. George<br>Browne George Ross LLP<br>2121 Avenue of the Stars, Suite 2400<br>Los Angeles, CA 90067 | RONALD C. MACHEN, JR., D.C. Bar # 447889<br>United States Attorney<br><br>DANIEL VAN HORN, D.C. Bar # 924092<br>Chief, Civil Division |
| ADAM AUGUSTINE CARTER<br>D.C. Bar # 437381<br>THE EMPLOYMENT LAW GROUP<br>888 17th Street, NW, 9th Floor<br>Washington, DC 20006<br>(202)261-2803 | By: *Laurie Weinstein*<br>LAURIE WEINSTEIN, D.C. Bar # 389511<br>Assistant U.S. Attorney<br>Room E4820<br>555 4th Street, N.W.<br>Washington, D.C. 20530<br>(202) 514-7133<br>Laurie.Weinstein2@usdoj.gov |